```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 20559
   TYRONE D CAREY
   PATRICIA A CAREY                          CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-6461      SSN XXX-XX-3734

----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/06/08 .

    2.  The case was dismissed without confirmation, 01/08/2009.

    3.  The Debtor paid a total of $   5088.48 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | 1738.50 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GREENWICH FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| R & R MOTOR | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | NOT FILED | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| CACV OF COLORADO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RUSH COPLEY MENORIAL HOS | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |

```
NCO FINANCIAL SYSTEMS       UNSECURED        NOT FILED              .00              .00
NEW MILLENNIUM BANK         UNSECURED        NOT FILED              .00              .00
NICOR GAS                   UNSECURED        NOT FILED              .00              .00
PALISADES COLLECTION        UNSECURED        NOT FILED              .00              .00
PAYDAY LOAN STORE           UNSECURED        NOT FILED              .00              .00
RECEIVABLES MANAGEMENT I    UNSECURED        NOT FILED              .00              .00
CITIBANK                    UNSECURED        NOT FILED              .00              .00
SECURITY FINANCE CO         UNSECURED        NOT FILED              .00              .00
SECURITY FINANCE CO         UNSECURED        NOT FILED              .00              .00
TORRES CREDIT SERVICES      UNSECURED        NOT FILED              .00              .00
UNITED CONSUMER FINANCIA    UNSECURED        NOT FILED              .00              .00
WORLDWIDE ASSET PURCHASI    UNSECURED        NOT FILED              .00              .00
US CELLULAR                 UNSECURED        NOT FILED              .00              .00
US CELLULAR                 NOTICE ONLY      NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       39.00               .00            39.00
       Summary of disbursements:
------------------------------------------------------------------------------------
                 SECURED       PRIORITY     UNSECURED         OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        39.00           .00            .00          39.00
PRINCIPAL PAID      1738.50        39.00           .00            .00        1777.50
INTEREST PAID           .00          .00           .00            .00             .00
TOTAL PAID          1738.50        39.00           .00            .00        1777.50
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   3500.00 and was paid $   3041.29 .

The Trustee received $     269.69 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/12/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                            PAGE   3
        CASE NO. 08 B 20559 TYRONE D CAREY & PATRICIA A CAREY
```